IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


LYNNE LOUISE MASSIE,

        Plaintiff,

v.                                   3:09cv426-WS

MICHAEL J. ASTRUE,,
Commissioner of Social
Security Administration,

        Defendant.

_____


ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed August 30, 2010.  See Doc. 12.  The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed.  The plaintiff has filed a one-paragraph objection to the report and recommendation, incorporating by reference her memorandum in support of the complaint (doc. 7).

    Having carefully reviewed the record, this court finds that the magistrate judge's report and recommendation should be adopted.  Because there was substantial evidence in the record to support the Commissioner's decision to deny benefits, it is ORDERED:

1.  The court ADOPTS the magistrate judge's report and recommendation to affirm the Commissioner's denial of the plaintiff's application for benefits.

2.  The Commissioner's decision to deny Plaintiff's application for benefits is AFFIRMED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this ____13th____ day of ____September____, 2010.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE